### Amos Brown *v.* Mason Mead.

An appeal from the court of chancery will not be heard, until the decree of
the chancellor has been drawn up and signed.

This was an appeal from the decision of the chancellor of the
third circuit.

The Court refused to hear the case because no decree had been
drawn up in form and signed by the chancellor, saying that the
case must be finished in the court of chancery, .before it could be
heard in this court.